STATE OF NEW JERSEY (HARRY L. MALONEY), COM-PLAINANT-APPELLANT, v. AMANDA LYONS, DEFEND-ANT-APPELLEE.

Submitted January 26, 1935—Decided April 8, 1935.

Before BROGAN, CHIEF JUSTICE, and Justices PARKER and BODINE.

For the complainant-appellant, *Samuel P. Orlando.*

For the defendant-appellee, *Walter S. Keown.*

PER CURIAM.

The complainant appeals because the defendant's conviction as a disorderly person was set aside upon a summary review pursuant to law by a justice of the Supreme Court. The circumstance that the order was filed in the office of the clerk of the county of Camden did not make the judgment one in the Court of Common Pleas. This court has no jurisdiction of such an appeal. *Jersey City* v. *Thorpe,* 90 *N. J. L.* 520; 101 *Atl. Rep.* 414.

The appeal is dismissed.